**Opinion issued December 15, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00679-CV

————————————

**CARL EDWIN SMITH III, Appellant**

**V.**

**SHERRI RAE SMITH, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-09005**

---

## MEMORANDUM OPINION

Appellant Carl Edwin Smith III has filed a motion to dismiss his appeal because the parties have reached a settlement. We held the motion for ten days but no opposition to the motion was filed.

Accordingly, we grant the motion and dismiss this appeal.  *See* TEX. R. APP.

P. 42.1(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.